Sucrs. de Abarca, demandante y apelada, *v.* Iturregui Hnos., compuesta de los socios José y Santiago Iturregui, demandados y apelantes.

No. 4536.—*Visto:* Abril 2, 1928.- *Resuelto:* Abril 11, 1928.

*Luis Llorens Torres,* abogado del apelante; *Besosa & Besosa,* abogados de la apelada.

El Juez Asociado Señor Texidor, emitió la opinión del tribunal.

En pleito seguido ante la Corte de Distrito de San Juan por Sucesores de Abarca contra Iturregui Hermanos, la corte dictó en 21 de diciembre de 1927, una sentencia que en su parte dispositiva dice así:

"Y la corte, en el día de hoy, después de estudiar debidamente el caso, y por los fundamentos de su opinión, unida a los autos y que se hace formar parte de esta sentencia, declara sin lugar la demanda en su primera causa de acción, sin perjuicio de que la demandante pueda repetir su acción contra José y Santiago Iturregui como suscribientes solidarios de los pagarés por quinientos quince dólares setentidós centavos ($515.72) cada uno, y con lugar dicha

demanda en su segunda causa de acción y en su consecuencia, condena a Iturregui Hermanos, por sus socios José y Santiago Iturregui, a pagar a la demandante Sucesores de Abarca, la suma de ochocientos treintidós dólares cincuentisiete centavos ($832.57), intereses legales de esta suma desde la interposición de la demanda en julio 11, 1927, y las costas.''

Iturregui Hermanos apeló de la sentencia en su totalidad.

Y ahora, la apelada nos pide que declaremos desestimada la apelación, en cuanto a la parte de ella en que se declara sin lugar la demanda, o sea la parte de ella en favor de la demandada, que no parece pueda apelar de lo que se ajusta a sus pretensiones en el pleito.

La forma en que se ha redactado la apelación, no es seguramente, la más clara, en un caso como éste. Se apela de la totalidad de la sentencia; es decir, de lo que favorece y de lo que perjudica a la parte apelante; y como la apariencia de tal apelación no es la de la mejor lógica, de aquí que se pueda originar confusión y dificultad para saber qué es lo que desea la parte apelante.

Notamos que en la sentencia, de una manera general, se imponen las costas a Iturregui Hermanos. Y éste es quizá el motivo de la apelación contra toda la sentencia, ya que en cuanto a las costas se refiere, tiene Iturregui Hermanos el carácter de parte agraviada, como lo tiene en cuanto a la condena por razón de la segunda causa de acción de la demanda. Las costas, en este caso, pudieron ser las de las dos causas de acción, por más que parece ilógico; pero la sentencia las impone en general, y puede ser una interpretación sostenible la de que son impuestas todas las costas causadas en el litigio.

En esas condiciones no podemos resolver de acuerdo con la moción de desestimación, *que debe ser denegada.*